JOHN ANGELETTI, by NAZZARENO ANGELETTI, His Guardian ad Litem, Appellant, v. C. RAY COLE and Another, Respondents. NAZZARENO ANGELETTI, Appellant, v. C. RAY COLE and Another, Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

REGINA B. BRESSLER and Another, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Judgment reversed on the law and the facts and a new trial granted, costs to appellant to abide the event. The plaintiffs did not make out a cause of action on the theory on which this case was submitted to the jury. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.

RENA COSTA, an Infant, by AUSONIO COSTA, Her Guardian ad Litem, and Another, Respondents, v. NAT SCHLOSSMAN, Appellant. RENA COSTA, an Infant, by AUSONIO COSTA, Her Guardian ad Litem, and Another, Plaintiffs, v. NAT SCHLOSSMAN, Defendant.— Order granting motion to consolidate actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

ABRAHAM FEIFER, Appellant, v. J. M. HORTON ICE CREAM COMPANY, INC., and Another, Respondents.— Order granting motion for bill of particulars, so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements; compliance with the Special Term order stayed until ten days after plaintiff completes an examination before trial in aid of such bill of particulars, if application for such examination be made within ten days from the entry of the order herein and is granted; if not so applied for or the examination be denied, the order for the bill of particulars will be affirmed without conditions. Lazansky, P. J., Kapper, Carswell and Tompkins, JJ., concur; Davis, J., votes for plain affirmance.

DORIS FONVILLE, an Infant, by FRANCES FONVILLE, Her Guardian ad Litem, Respondent, v. IRVING POULTRY Co., INC., Appellant, and JOSEPH SIMON, Defendant.— Order denying motion of defendant Irving Poultry Co., Inc., to dismiss the complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ., concur.

DOROTHY BROOKS FRIEDMAN, Respondent, v. IDA KIMBRIG, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Davis, JJ.

HARRY GLASSMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order of the Appellate Term affirming judgment of the Municipal Court, and said judgment of the Municipal Court, reversed on the law and a new trial ordered in the Municipal Court, costs to appellant to abide the event. In our opinion, the question as to whether plaintiff was " wholly and continuously disabled, as a result of bodily injury or disease, so as to be prevented thereby from engaging in any occupation or performing any work for wage or profit " prior to his discharge on September 17, 1932, and whether defendant had notice of plaintiff's disability, should have been submitted to the jury. If, at the time of plaintiff's discharge, defendant knew that he was disabled within the terms of the policy, it had no right to discharge him for the purpose of avoiding its obligations under the policy, and it was not entitled to the proof required by the policy. Lazansky, P. J., Kapper, Hagarty, Carswell and Tompkins, JJ., concur.